No. 94–5743. GAYDOS *v.* NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH ET AL. C. A. 3d Cir.; and

No. 94–5860. GAYDOS *v.* NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH ET AL. (two cases). C. A. 3d Cir. Motions of petitioner for leave to proceed *in forma pauperis* denied. See this Court's Rule 39.8. Petitioner is allowed until November 7, 1994, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33 of the Rules of this Court.

No. 94–5766. FERTEL-RUST *v.* MILWAUKEE POLICE DEPARTMENT ET AL. C. A. 7th Cir.; and

No. 94–5950. BURKE *v.* KELLY ET AL. C. A. 2d Cir. Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until November 7, 1994, within which to pay the docketing fee required by Rule 38(a) and to submit petitions in compliance with Rule 33 of the Rules of this Court.

No. 94–325. CHANDRIS, INC., ET AL. *v.* LATSIS. C. A. 2d Cir. Certiorari granted.

No. 94–251. UNITED STATES *v.* ROBERTSON. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 93–1920. MCDANIEL ET AL. *v.* TELLIS. C. A. 9th Cir. Certiorari denied.

No. 93–2018. KANSAS ET AL. *v.* UNITED STATES ET AL. C. A. D. C. Cir. Certiorari denied.

No. 93–9130. DAVIS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 93–9345. THIGPEN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.